UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

www.canb.uscourts.gov
Click on button: U.S.Trustee
Click on link: Monthly Operating Report


ORIGINAL

In re: [CASE NAME]

Berube, Michael R.

Case No. 09-54715 ASW

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

FILED
FEB 18 2011
CLERK
United States Bankruptcy Court
San Jose, California

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 1/31/11   PETITION DATE: 6/16/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | Asset and Liability Structure | | | |
| | a. Current Assets | ⟨33⟩ | 82 | |
| | b. Total Assets | 4981467 | 4981582 | 4981600 |
| | c. Current Liabilities | | | |
| | d. Total Liabilities | 2265517 | 2265517 | 2265517 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | Statement of Cash Receipts & Disbursements for Month | | | |
| | a. Total Receipts | 900 | 900 | 22100 |
| | b. Total Disbursements | 1015 | 1001 | |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ⟨115⟩ | ⟨101⟩ | |
| | d. Cash Balance Beginning of Month | 82 | 183 | |
| | e. Cash Balance End of Month (c + d) | ⟨33⟩ | 82 | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | | | |
| 6. | Post-Petition Liabilities | 142 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | | | |

At the end of this reporting month: | Yes | No
8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X
10. If the answer is yes to 8 or 9, were all such payments approved by the court? | |
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X
12. Is the estate insured for replacement cost of assets and for general liability? | X |
13. Are a plan and disclosure statement on file? | | X
14. Was there any post-petition borrowing during this reporting period? | | X

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 2/16/11

_/s/ M Berube_
Responsible Individual

Revised 1/1/98

Case: 09-54715   Doc# 117   Filed: 02/18/11   Entered: 02/22/11 10:57:22   Page 1 of 4

BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended 1/31/11

|  | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
|  | Current Assets |  |  |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) |  | ⟨33⟩ |
| 2 | Accounts receivable (net) |  |  |
| 3 | Retainer(s) paid to professionals |  |  |
| 4 | Other: _____ |  |  |
| 5 | _____ |  |  |
| 6 | Total Current Assets |  | ⟨33⟩ |
|  | Long Term Assets (Market Value) |  |  |
| 7 | Real Property (residential) |  | 4 975 000 |
| 8 | Real property (rental or commercial) |  |  |
| 9 | Furniture, Fixtures, and Equipment |  |  |
| 10 | Vehicles |  | 4900 |
| 11 | Partnership interests |  |  |
| 12 | Interest in corportations |  |  |
| 13 | Stocks and bonds |  |  |
| 14 | Interests in IRA, Keogh, other retirement plans |  | 1600 |
| 15 | Other: _____ |  |  |
| 16 | _____ |  |  |
| 17 | Total Long Term Assets |  |  |
| 18 | Total Assets |  | 4981 467 |
|  | Liabilities |  |  |
|  | Post-Petition Liabilities |  |  |
|  | Current Liabilities |  |  |
| 19 | Post-petition not delinquent (under 30 days) |  |  |
| 20 | Post-petition delinquent other than taxes (over 30 days) |  |  |
| 21 | Post-petition delinquent taxes |  |  |
| 22 | Accrued professional fees |  |  |
| 23 | Other: Storage |  | 142 |
| 24 |  |  |  |
| 25 | Total Current Liabilities |  |  |
| 26 | Long-Term Post Petition Debt |  |  |
| 27 | Total Post-Petition Liabilities |  |  |
|  | Pre-Petition Liabilities (allowed amount) *disputed* |  |  |
| 28 | Secured claims (residence) |  | 2229 783 |
| 29 | Secured claims (other) |  | 8 000 |
| 30 | Priority unsecured claims |  | 4 974 |
| 31 | General unsecured claims |  | 22 618 |
| 32 | Total Pre-Petition Liabilities |  | 2265 375 |
| 33 | Total Liabilities |  | 2265 375 |
|  | Equity (Deficit) |  |  |
| 34 | Total Equity (Deficit) |  | 2716 083 |
| 35 | Total Liabilities and Equity (Deficit) |  | 4981 600 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Case: 09-54715   Doc# 117   Filed: 02/18/11   Entered: 02/22/11 10:57:22   Page 2 of 4

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

List the Rental Information Requested Below By Properties (For Rental Properties Only)

|     |                                  | Property 1 | Property 2 | Property 3 |
|-----|----------------------------------|------------|------------|------------|
| 1   | Description of Property          | 122 CR     |            |            |
| 2   | Scheduled Gross Rents            | 900        |            |            |
|     | Less:                            |            |            |            |
| 3   | Vacancy Factor                   |            |            |            |
| 4   | Free Rent Incentives             |            |            |            |
| 5   | Other Adjustments                |            |            |            |
| 6   | Total Deductions                 |            |            |            |
| 7   | Scheduled Net Rents              |            |            |            |
| 8   | Less: Rents Receivable (2)       |            |            |            |
| 9   | Scheduled Net Rents Collected (2)| 900        |            |            |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

|     |                                      | Account 1 | Account 2 | Account 3 |
|-----|--------------------------------------|-----------|-----------|-----------|
| 10  | Bank                                 |           |           |           |
| 11  | Account No.                          |           |           |           |
| 12  | Account Purpose                      |           |           |           |
| 13  | Balance, End of Month                |           |           |           |
| 14  | Total Funds on Hand for all Accounts |           |           |           |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 1/31/11

| # | Item | Actual Current Month | Cumulative (Case to Date) |
|---|------|---------------------|---------------------------|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | 900 | 22100 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | Wify's Contribution | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 900 | 22100 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | 500 | 9708 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Living Expenses | | |
| 33 | | | |
| 34 | copies/postage | 137 | 1648 |
| 35 | maintenance (122 CR) | 200 | |
| 36 | insurance | 178 | 4697 |
| 37 | **Total Cash Disbursements:** | 1015 | |
| 38 | Net Increase (Decrease) in Cash | ⟨115⟩ | |
| 39 | Cash Balance, Beginning of Period | 82 | |
| 40 | Cash Balance, End of Period | ⟨33⟩ | |

Case: 09-54715   Doc# 117   Filed: 02/18/11   Entered: 02/22/11 10:57:22   Page 4 of 4    1/1/98