Michael Berube, In Pro Per
P.O. Box 356
Carmel Valley, CA 93924
Telephone (831) 392-7975
Attorney for In Pro Per

**FILED**

JUN 2 0 2011

CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATE BANKRUPTCY COURT
# NORTHERN DISTIRCT OF CALIFORNIA
# SAN JOSE DIVISION

IN RE:

MICHAEL BERUBE,

Debtor and Debtor in Possession

Chapter 11
Case No.: 09-54715 ASW

SUBSEQUENT STATUS CONFERENCE
STATEMENT
6-28-11; 2:00 PM
Judge Arthur Weissbrodt

---

Debtor in Possession Michael Berube here submits this Subsequent Case Status
Conference Statement as follows:

1. The Chapter 11 Petition was filed in the within Court on June 16, 2009;
   the case is being conducted on a "pro per" basis and there have been no
   attorneys or accountants retained. Certain Schedules and Statement of
   Affairs were subsequently filed.

2. The Monthly Operating reports are current.

3. Debtor has received notification that insurance on the 122 Carmel
   Riviera, Carmel, CA real property owned by the estate is in effect.

4. The disputed but claimed deed of trust on the Carmel Riviera property
   remains and has been subject to continuing litigation in a relief from
   stay setting, an adversary proceeding brought by The Debtor and an
   Objection to Claim. The Relief Stay and Adversary proceeding have been
   consolidated and it is believed that the same is true of the Claim
   Objection. The resolution of these matters had been delayed by
   discovery disputes. The Debtor contends that the adverse party has
   purposefully resisted discovery. The consolidation of the Relief Stay
   and Adversary proceeding was intended, among other things, to deal with
   discovery objections in an appropriate setting. The objections have
   continued to date and will need further resolution.

5. Another separate adversary proceeding was filed by The Debtor with regard to the foreclosure sale relative to the 9 Sonoma Lane, Carmel, California property. That litigation is pending and will affect a possible reorganization plan.

6. The Debtor has unsuccessfully attempted to open a DIP account.

7. A disclosure statement and plan have yet to be produced by the Debtor as Debtor has been in continuing litigation with its Bank Creditors, the determination of which is vital to any potential plan.

8. Anticipated continuing litigation includes objection to secured claims of US Bank with regard to the Debtor's property located at 122 Carmel Riviera Drive, Carmel, CA; The Debtor contends that the alleged debt and security interest claim by US Bank are not valid nor is the collateral instrument owned by that claimant.

9. It is further anticipated that there will be a continuing litigation of the type previously initiated by The Debtor with regard to the invalid foreclosure that occurred with regard to the property located at 9 Sonoma Lane, Carmel, CA. There has been stay litigation already in this matter and counsel for moving party bank has indicated to the Court that it is not at this time continuing with that litigation.

10.     There has already been stay litigation with HSBC with regard to the property located at 54 Southbank Rd., Carmel Valley, CA and relief was granted.

Due to delays and problems getting some communication from movant's attorney relative to Carmel Riviera property, it seems that more time will be required to resolve that litigation and then the Debtor will be in a position to propose a plan of reorganization.

Respectfully Submitted:

Michael Berube, Debtor in Possession

**CERTIFICATE OF SERVICE**

This is to certify that one (1) hard copy of the attached pleading was served by U.S. First Class mail, postage pre-paid this 20th day of June, 2011, on each of the following at the addresses noted below:

US TRUSTEE
280 S. First Street,
San Jose, CA 95112

I am over the age of 18 and a resident of Santa Clara County, California. My business address is 123 East San Carlos Street, San Jose, California. I am not a party to the within referenced litigation. The foregoing is executed under penalty of perjury this September 16, 2010 in San Jose, California.



_____
Henry Li