JOHN M. SORICH (CA Bar No. 125223)
jsorich@AlvaradoSmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
SHERI M. KANESAKA (CA Bar No. 240053)
skanesaka@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Secured Creditor/Creditor
U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR J.P. MORGAN ALTERNATIVE
LOAN TRUST 2007-A2 and HOMESALES, INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL R. BERUBE,<br><br>       Debtor. | Bankruptcy No.: 09-54715-ASW<br><br>(Chapter 11)<br><br>**RESPONSE TO THE UNITED STATES TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE**<br><br>Date:    September 30, 2013<br>Time:   2:15 p.m.<br>Place:  Courtroom 3020 |

**TO THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL PARTIES REQUIRING NOTICE:**

    Secured creditors U.S. Bank National Association, as Trustee for the J.P. Morgan Alternative Loan Trust 2007-A2 ("US Bank"), and Homesales, Inc. ("Homesales" and together with US Bank,

1  "Creditors") respectfully respond to the United States Trustee's ("UST") Motion to Dismiss
2  Bankruptcy Case ("Motion") as follows: the Creditors do not oppose the UST's Motion.

                                        Respectfully submitted,

DATED: September 9, 2013        ALVARADOSMITH
                                        A Professional Corporation

                                        By: /s/ Sheri Kanesaka
                                             JOHN M. SORICH
                                             S. CHRISTOPHER YOO
                                             SHERI M. KANESAKA
                                             Attorneys for U.S. BANK, NATIONAL
                                             ASSOCIATION, AS TRUSTEE FOR J.P.
                                             MORGAN ALTERNATIVE LOAN TRUST
                                             2007-A2 and HOMESALES, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE
*Berube v. US Bank Nation Association, et al..*
USBK Case No.: 09-54715 ASW-11
Adversary No.: 11-5054 ASW

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707.**

On September 9, 2013, I served the foregoing **RESPONSE TO THE UNITED STATES TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☒ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** The foregoing document will be served by the court via NEF. On September 9, 2013 I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail List to receive NEF transmission at the email address(es) indicated in the attached service list.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on September 9, 2013, at Santa Ana, California.

*/s/ Cynthia Rosas*
Cynthia Rosas

# SERVICE LIST

*Berube v. US Bank Nation Association, et al..*
USBK Case No.: 09-54715 ASW-11
Adversary No.: 11-5054 ASW

| | |
|---|---|
| Mr. Michael Berube<br>P.O. Box 356<br>Carmel Valley, CA 93924 | T: (831) 917-2335<br><br>Email: *michaelberube@yahoo.com*<br><br>**Via US Mail**<br><br>**Plaintiff In *Pro Se*** |
| Mr. Michael Berube<br>122 Carmel Riviera Drive<br>Carmel, CA 93923-9736 | T: (831) 917-2335<br><br>Email: *michaelberube@yahoo.com*<br><br>**Via US Mail**<br><br>**Plaintiff In *Pro Se*** |
| Office of the U.S. Trustee/SJ<br>U.S. Federal Bldg.<br>280 South 1st Street, #268<br>San Jose, CA 95113-3004 | Email: *USTPRegion17.SJ.ECF@usdoj.gov*<br><br>**United States Trustee** |