**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| In re: | Case No. 09-54715 ASW |
|---|---|
| MICHAEL BERUBE, | CHAPTER 11 |
| Debtors. | Date: September 30, 2013<br>Time: 2:15 p.m.<br>Place: Courtroom 3020<br>**Certificate of Service** |

I, the undersigned, state that I am employed in the City of San Jose, County of Santa Clara, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 280 South First Street, Suite 268, San Jose, California 95113, that on the date listed below, I served the following document:

[proposed]
**ORDER GRANTING MOTION BY ACTING UNITED STATES TRUSTEE TO DISMISS CHAPTER 11 CASE**

**upon each party listed below, by placing such a copy, enclosed in a sealed envelope with prepaid postage thereon, in the United States mail at San Jose, California to**

    Michael R. Berube
    PO Box 356
    Carmel Valley, CA 93924

    JPMORGAN CHASE BANK, N.A.
    10790 Rancho Bernardo Road
    San Diego, CA 92127

    by ECF notification identified as addressed to:

    Sheri M. Kanesaka    skanesaka@AlvaradoSmith.com
    Marisol A. Nagata    ndcaecf@BDFGroup.com
    Richard Sontag    richard@rswlaw.net , referral@rswlaw.net
    John M. Sorich    generalmail@aswlawoffice.com
    Darlene C. Vigil    ndcaecf@BDFGroup.com
    S. Christopher Yoo    cyoo@alvaradosmith.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Jose, California, on October 1, 2013.

                                              By:          /s/ Patricia M. Vargas
                                                             Patricia M. Vargas
                                                             Paralegal Specialist